# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

FRANK J. ASHMUS,

      Petitioner,

v.                                            Case No.  5:20-cv-153-RV-MJF

WARDEN MALOY,

      Respondent.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 1, 2022. (Doc. 16). No objections have been filed. Having considered the Report and Recommendation, I conclude that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The Magistrate Judge's Report and Recommendation (Doc. 16), is adopted and incorporated by reference in this Order.

2.    The petition for writ of habeas corpus, Doc. 1, challenging the revocation of Petitioner's probation in *State of Florida v. Frank Jonathan Ashmus*,

Bay County Circuit Court Case No. 2014-CF-657, is **DISMISSED** for lack of jurisdiction as moot.

3.  The clerk of court shall close this case file.

**DONE AND ORDERED** this 28th day of March, 2022.

                                            /s/ Roger Vinson              /
_____    **ROGER VINSON**
                                            **SENIOR UNITED STATES DISTRICT JUDGE**